IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-134-D-5

UNITED STATES OF AMERICA          )
                                  )
          v.                      )
                                  )
KHALIL WRIGHT,                    )          **ORDER**
     a/k/a "Daytona,"             )
                                  )
          Defendant.              )

The court will hold a status conference in this case on March 18, 2026, at 1:00 p.m. in

courtroom one, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 12 day of March, 2026.

JAMES C. DEVER III
United States District Judge