UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:23-CR-134-D-5

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHALIL WRIGHT | ORDER |

This matter having come before the Court by the Defendant's unopposed motion to modify the protective order at D.E. 57, and for good cause shown, the motion is hereby GRANTED. Defendant shall be permitted to have a copy of the agreed-upon items of discovery outlined in Defendant's motion. Defendant shall not further distribute the materials to anyone and shall use the materials solely in connection with trial preparations.

So ORDERED.

This 30 day of September, 2026.

JAMES C. DEVER, III
United States District Judge